J. Mark Meinhardt #027868
Meinhardt Law Firm PLLC
1 E Washington Street, Ste. 500
Phoenix, AZ 85004-2558
meinhardtlaw@gmail.com
(602) 714-7139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Monique Bursey

    Plaintiff,

                              **CaseNo.: 2:14-cv-00570-SRB**

v.

Asset Recovery Solutions, LLC

    Defendant.

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                              Respectfully submitted,

                              <u>/s/ J. Mark Meinhardt</u>

                              ATTORNEY FOR PLAINTIFF